FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN ONEAL MASS, | Case No. CV 07-04625 RGK (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: FEB 22 2008, 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE